UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


CYNTHIA W. BOWIE                                              CIVIL ACTION

VERSUS                                                        NUMBER: 13-5698

AMERICAN SECURITY INSURANCE                                   SECTION: "S"(5)
COMPANY, ET AL.


**ORDER**

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Defendant to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts its opinion herein. Accordingly,

IT IS ORDERED that Plaintiff's Motion for Partial Summary Judgment is granted.

New Orleans, Louisiana, this  10th  day of        July        , 2014.


_____
UNITED STATES DISTRICT JUDGE